UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN CHALLENGER, LLC, | CASE NO. C16-0915-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DNV GL GROUP, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend mediation deadline (Dkt. No. 38). This motion is GRANTED. The mediation deadline is extended from June 2, 2017 to July 31, 2017.

DATED this 2nd day of June 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk