THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN CHALLENGER, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DNV GL GROUP, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C16-0915-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

A jury trial is set in the above captioned matter for February 5, 2018 at 9:30 a.m. before the Honorable John C. Coughenour, in Courtroom 16206. Pretrial motions shall be due January 8, 2018.

DATED this 14th day of November 2017.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　Deputy Clerk