UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN CHALLENGER, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DNV GL GROUP, *et al.*, <br><br> Defendants. | CASE NO. C16-0915-JCC <br><br> AMENDED MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

A bench trial is set in the above captioned matter for February 5, 2018 at 9:30 a.m. before the Honorable John C. Coughenour, in Courtroom 16206. Pretrial motions shall be due January 8, 2018.

DATED this 14th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
