UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN CHALLENGER, LLC, | CASE NO. C16-0915-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DNV GL GROUP, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the trial and pre-trial dates (Dkt. No. 67). Finding good cause, the Court GRANTS the motion. The trial date is extended from February 5, 2018 to April 30, 2018, beginning at 10 a.m. Pre-trial motions, if any, are due April 2, 2018. The agreed pre-trial order is due April 19, 2018. Trial briefs, proposed findings of facts and conclusions of law, and designations of deposition testimony pursuant to Local Civil Rule 32(e) are due April 23, 2018.

DATED this 17th day of November 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk